

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Foster Daleon Jones, Appellant

No. 06-15-00158-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CR02262). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

       As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

       We note that the appellant, Foster Daleon Jones, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 29, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk